# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

## Second Amended Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender:   Sean Michael Steinmeyer | Docket No.: 4:15CR00144-1 SEP |

Name of Sentencing Judicial Officer:    The Honorable Stephen N. Limbaugh Jr., United States District Judge. On March 16, 2020, case reassigned to The Honorable Sarah E. Pitlyk, United States District Judge.

Date of Original Sentence: February 3, 2016

Original Offense: Possession of Child Pornography

Original Sentence: 63 months imprisonment to be followed by a 25 year term of supervised release

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: March 15, 2019 |
| | Expiration Date: March 14, 2044 |

| | |
|---|---|
| Assistant U.S. Attorney: Robert F. Livergood | Defense Attorney: Lucille G. Liggett |

## PETITIONING THE COURT

**To amend the First Amended Petition to include additional information. The amended information is in bold font.**

The probation officer believes that the offender has violated the following conditions of supervision:

### Violation Number

General Condition: The defendant shall not commit another federal, state, or local crime.

Special Condition #5: The defendant shall be prohibited from contact with children under the age of 18 without the prior written permission of the probation office and shall report to the probation office immediately, but in no event later than 24 hours, any unauthorized contact with children under the age of 18.

Special Condition #8: The defendant shall not possess obscene material as deemed inappropriate by the probation office and/or treatment staff, or patronize any place where such material or entertainment is available.

Special Condition #10: The defendant shall not possess or use a computer, peripheral equipment, gaming equipment, cellular devices, or any other device with access to any "on line computer services," or subscribe to or use any Internet service, at any location (including employment) without the written approval of the probation office. If approval is given, the defendant shall consent to his probation office or probation service representative conducting unannounced examinations, including retrieval and copying of all data, of any computer(s), or any computer related equipment to which the defendant has access, including web enabled cell phones and gaming systems to insure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection.

**Nature of Noncompliance**

According to Southeast Missouri Behavioral Health Residential Re-Entry Center (RRC) records, on September 23, 2019, Steinmeyer, a resident of the RRC, returned to the facility from his place of employment. Upon Steinmeyer's return, his backpack was searched by RRC staff where staff found a smartphone, which he did not have authorization from the probation office or RRC staff to possess. The phone was seized by staff and made unavailable to Steinmeyer.

On September 30, 2019, the undersigned officer received an email from Steinmeyer's sex offense specific therapist noting that this date, while in sex offense specific treatment, Steinmeyer shared with the group that he was caught with a smartphone and that he had viewed both adult pornography and child pornography on the device. Steinmeyer noted that he had viewed child pornography for over two months and said he was also on the internet participating in chat rooms. In the chat rooms, Steinmeyer stated that links were posted and that he would use these links to access child pornography. Steinmeyer informed the group that he lied to his probation officer after the phone was seized by RRC staff, indicating to his probation officer that he acquired the smartphone from someone at work. Steinmeyer stated that he counted on the lax security at the RRC to get away with having the smartphone-, which was undiscovered for the two month period. Steinmeyer shared with the treatment group that he felt like it was his 10 year old self that pushed him to look at child pornography again.

On October 1, 2019, the smartphone was received by probation office staff from the RRC and transported to the U.S. Probation Office for a forensic examination to determine the extent of Steinmeyer's activity on the phone. On October 2, 2019, a preliminary examination of the phone revealed three videos of concern. The first video is of a female minor revealing her breasts, buttocks and vagina. She shows each area one at a time during the video. The video was found in the Web Video Fragments section of the Axiom forensic software and does not have a time or date associated with it. It has a file path of NO NAME\vid\0096_kittygirl.flv. The second video is of two female minors taking turns to expose their vaginas to the camera. This video was found in the Videos section of the Axiom forensic software and has a file name of "steel1477.mp4". It has a Created Date and a Last Modified Date of September 16, 2019. It has a Last Accessed Date of September 15, 2019. It has a file path NO NAME\vid\steel1477.mp4. The third video is of two minor females exposing themselves by lifting up their shirts to reveal their chests and vaginas. Later in the video, the minor females removed all of their clothing and one of the females is masturbating to the camera. The video was found in the Videos section of the Axiom forensic software. It has a file name of "newjb_3077.mp4". The video has a Created Date and a Last Modified Date of September 19, 2019. It has a Last Accessed Date of September 18, 2019. The video has a File path of \vid\newjb_3077.mp4. The files were found on the phone in the /Google Photos sstein560@gmail.com/local media/ folder.

Regarding the above noted noncompliance, on September 24, 2019, Steinmeyer initially reported to this officer that a smartphone he purchased the previous day while at work from a co-worker was seized by RRC staff when he reported back to the RRC that night. Steinmeyer noted that he purchased the smartphone to give directly to his brother for safe keeping in hopes that he would be eventually granted permission by the probation office to possess and utilize the phone. On October 1, 2019, Steinmeyer voluntarily admitted to this officer that he had lied about the above noted circumstances. Steinmeyer admitted to having child and adult pornography on his smart phone. Steinmeyer stated he downloaded numerous videos and images of child pornography and admitted he sent them to other people. Steinmeyer believes he may have sent them to minor females. Steinmeyer also admitted to speaking with minor females on chat websites.

A full forensic examination of Steinmeyer's phone has been conducted by the U.S. Probation Office Forensic Laboratory and their report confirms the presence of numerous images and videos of child sexual exploitation, text messages to a minor, and five email addresses associated with Steinmeyer.

**On March 12, 2020, in the U. S. District Court, Eastern District of Missouri, Steinmeyer was indicted under Docket No. 4:20CR00190 SEP and charged with one count of Possession of Child Pornography, in violation of 18 USC 2252A(a)(5)(B), involving criminal behavior occurring between on or about September 1, 2019, and on or about September 23, 2019. This case remains pending before the Court.**

**Previous Violations**

No previous violations have been reported to the Court during this term of supervised release.

**U.S. Probation Officer Recommendation:**

It is the recommendation of the U.S. Probation Office that the Court amend the **First Amended Petition** and that the previously imposed term of supervised release be revoked. Based on the above information, it is evident Steinmeyer knowingly searched for and viewed child sexual images that were similar in nature to his conduct in the original indictment for the instant offense.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 25, 2020

Approved,

by *(signature)*

Clinton S. Vestal
Supervising U.S. Probation Officer
Date: March 25, 2020

Respectfully submitted,

by *(signature)*

Matthew N. Shekell
Senior U.S. Probation Officer
Date: March 25, 2020

THE COURT ORDERS:

☐ No Action
☒ Other – Amend First Amended Petition

*(signature)* Sarah E. Pitlyk

Signature of Judicial Officer

March 30, 2020
Date